## Commonwealth ex rel. Cross, Appellant, *v.* Russell.

Submitted June 8, 1964. *Benjamin Cross,* appellant, in propria persona; *Burton Satzberg* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Dawson, Appellant, *v.* Maroney.

Submitted June 8, 1964. *John Franklin Dawson, Jr.,* appellant, in propria persona; *Richard C. Snelbaker,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Dominic, Appellant, *v.* Rundle.

Submitted June 8, 1964. *Kenneth Dominic,* appellant, in propria persona; *Henry J. Rutherford,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.